**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph William ALFRED, a/k/a Butter,
Defendant–Appellant.**

No. 03–6309.

United States Court of Appeals,
Fourth Circuit.

Submitted May 20, 2003.

Decided May 30, 2003.

Joseph William Alfred, Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILLIAMS, TRAXLER and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Joseph William Alfred appeals the district court's order denying his motion to

inspect grand jury minutes. Because Alfred failed to show a particularized need to inspect the grand jury minutes, we affirm the judgment of the district court. *See In re Grand Jury Proceedings,* 800 F.2d 1293, 1298 (4th Cir.1986). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*